IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BERTHA E. BATEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0142 |
| | ) | Judge Trauger |
| OCWEN FINANCIAL CORPORATION, | ) | |
| OCWEN FEDERAL BANK, and | ) | |
| BERKELEY FEDERAL BANK AND TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 6, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice. (Docket No. 3) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), FED. R. CIV. P.

It is so **ORDERED.**

Enter this 15th day of August 2005.

_____
ALETA A. TRAUGER
U.S. District Judge